# Exhibit 1

# STATE OF TENNESSEE
## CIVIL SUMMONS
page 1 of 1

**Case Number**

2021-CV-126

| METRICAN STAMPING, LLC f/k/a METRICAN STAMPING CORP. | **Vs.** | VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC |
|---|---|---|

Served On:

Volkswagen Group of America Chattanooga Operations, LLC c/o Corporation Service Company, 2908 Poston Ave., Nashville, TN 37203

You are hereby summoned to defend a civil action filed against you in _____ Chancery _____ Court, _____ Dickson _____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: ___4-15-21___

Clerk / Deputy Clerk — *Lynn Collins*

Attorney for Plaintiff: Samuel P. Funk and Mark W. Lenihan, Sims|Funk, PLC
3322 West End Ave., Suite 200, Nashville, TN 37203; 615-292-9335

FILED ___4-15 2021___
1:51 P M
NANCY MILLER, C & M

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a Homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____     By: _____
Please Print: Officer, Title

Agency Address                Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____              _____
Signature of Plaintiff        Notary Public / Deputy Clerk (Comm. Expires _____)

_____
Plaintiff's Attorney (or Person Authorized to Serve Process)
**(Attach return receipt on back)**

*ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____*

*Rev. 03/11*


ADA
615-789-7011

# IN THE CHANCERY COURT FOR
# DICKSON COUNTY, TENNESSEE

| | |
|---|---|
| METRICAN STAMPING, LLC f/k/a<br>METRICAN STAMPING CORP.,<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**VOLKSWAGEN GROUP OF<br>AMERICA CHATTANOOGA<br>OPERATIONS, LLC,**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No: 2021-CV-126

FILED_____ 4-15 20 21
_____ 1:51 P M
NANCY MILLER, C & M

## COMPLAINT

MetriCan Stamping LLC ("MetriCan") state as follows for its complaint against

Volkswagen Group of America Chattanooga Operations, LLC ("Volkswagen").

## INTRODUCTION

1.      This is a breach of contract action resulting from Volkswagen's refusal to pay

MetriCan for parts it supplied to Volkswagen.

2.      MetriCan has supplied automakers with parts for over 25 years and has roughly

180 employees in its Tennessee plant. Upon information and belief, Volkswagen is the second-

largest automaker in the world.

3.      After wrongfully blaming MetriCan for Volkswagen's own design flaw,

Volkswagen is now refusing to pay MetriCan $1.5 million for parts supplied in accordance with

the parties' contract. This is not the first time that Volkswagen has attempted to pay less than

what it agreed to, but it is the most flagrant demand yet and leaves MetriCan with no choice but

to bring this action.

02554095 4

## PARTIES

4.     MetriCan is a Delaware limited liability company registered to do business in Tennessee, with its principal place of business located at 101 Warren G. Medley Drive, Dickson, Tennessee 37055.

5.     Volkswagen is a Tennessee limited liability company with its principal place of business located at 8001 Volkswagen Drive, Chattanooga, Tennessee 37416.

## JURISDICTION AND VENUE

6.     The Court has jurisdiction over this matter pursuant to Tennessee Code Annotated §§ 16-11-101 *et seq.*

7.     The Court has personal jurisdiction over Volkswagen because it is a Tennessee limited liability company with a principal place of business located in the State of Tennessee and has more than sufficient minimum contacts within Tennessee.

8.     Venue is proper in this Court pursuant to Tennessee Code Annotated § 20-4-101(a), because the cause of action arose in Dickson County, where MetriCan has its principal place of business.

## FACTUAL BACKGROUND

### The Parts in Question

9.     At issue in this case is a metal Grab Handle Bracket MetriCan agreed to provide Volkswagen. The Grab Handle Bracket is one part of a vehicle's grab handle located inside the vehicle and above the windows.

10.     Once MetriCan manufactured the metal Grab Handle Brackets, it would deliver them to Volkswagen, which in turn would combine the bracket with other parts (e.g., the plastic handle, etc.) and install them as a grab handle in its Atlas sport utility vehicles.

2

11.     A photo of a Grab Handle Bracket in an Atlas SUV is immediately below.



12.     A photo of a sample Grab Handle Bracket produced by MetriCan is immediately

below.



## The Parties' Contract

13.     On July 10, 2015, MetriCan and Volkswagen entered into a Nomination

Agreement, pursuant to which MetriCan agreed to "develop, manufacture and deliver the

components of production" identified in the contract.  Exhibit 1, Nomination Agreement.

3

14.     Pursuant to the Nomination Agreement, MetriCan agreed to design, develop, produce, and deliver the Grab Handle Brackets in conformance with the specifications provided by Volkswagen. Ex. 1 § 1.2 ("Volkswagen hereby entrusts the supplier with the series development and series production, and series delivery of items *as specified in Appendix 1* and supplier shall be responsible for the manufacture and delivery of the items *in accordance with those requirements*.") *Id.* § 1.8 ("The supplier shall ensure that the delivery items meet Performance Specifications as set forth in the [request for quotation] Documents . . . and functional and other specifications requirements to their fullest extent."); *Id.* § 6.5 ("The supplier shall begin with the development, working with the Volkswagen Design Engineering Department and in accordance with the Performance Specifications assigned here, upon entering this agreement.").

15.     The Grab Handle Brackets are manufactured by forming two separate metal stampings components and welding them together.  Once the welding process is completed, the Grab Handle Brackets are delivered to Volkswagen and installed in the Atlas SUV.

16.     In manufacturing, a chamfer is a transitional edge between two objects, used to ease otherwise sharp edges, and results in a curved edge instead of a flat and sharp edge.

17.     Pursuant Volkswagen's design drawing, the Grab Handle Brackets were to have a chamfer from 0mm to -0.2mm.  A chamfer of 0mm means no chamfer, or rounded edge, at all. Therefore, Volkswagen's design drawing allowed for the Grab Handle Bracket to have no chamfer at all.

18.     The Nomination Agreement incorporated the Volkswagen Group of America, Inc.'s Terms and Conditions of Purchase (the "Terms and Conditions of Purchase").

4

19.     Pursuant to the Terms and Conditions of Purchase, Volkswagen reserved "the right at any time, by written notice to Seller, to make changes, or to require Seller to make changes, to drawings, specifications, sub-suppliers, samples or descriptions of Supplies."

20.     Further, the Terms and Conditions of Purchase specifically provided that "Seller will not make any changes relating to Supplies, including without limitation, in the Supplies' contents, *design, specifications*, processing, packing, marking, shipping, price or date or place of delivery except at Buyer's *written instruction* or with Buyer's *written approval*." (Emphasis added).

21.     The Terms and Conditions of Purchase provided that all supplies provided to Volkswagen would "be merchantable and free of defects in design (*to the extent designed by Seller* . . .), materials and workmanship." (Emphasis added).

22.     The Terms and Conditions of Purchase further provided that the supplies would "be selected, *designed (to the extent designed by Seller* . . .), manufactured and assembled by Seller upon Buyer's stated use and be fit and sufficient for the purposes intended by" Volkswagen. (Emphasis added).

### Fall 2019
### Volkswagen Erroneously Claims a Manufacturing Defect

23.     On or about September 13, 2019, Volkswagen notified MetriCan that side airbags in the Atlas SUVs were being punctured upon deployment.

24.     Volkswagen also shared its belief that MetriCan's production resulted in a "rough" Grab Handle Bracket, which allegedly tore the airbag upon deployment.

25.     Volkswagen alleged that the entire Grab Handle Bracket was faulty.

26.     In an attempt to identify the cause of the airbag puncture, Volkswagen, taped the entire metal Grab Handle Bracket (both left and right sides), which supposedly smoothed over

5

the rough edges Volkswagen believed were responsible for the punctured airbag. According to Volkswagen, this taped Grab Handle Bracket did not puncture the deployed airbags in subsequent testing.

27.    MetriCan immediately set to work to resolve any issues, but had serious doubts about Volkswagen's claims.

28.    In taping the entire Grab Handle Bracket, Volkswagen changed the design of the Grab Handle Bracket by eliminating a metallic surface contacting the airbag.

29.    This global alteration of the Grab Handle Bracket did not allow Volkswagen (or anyone else) to identify the specific cause of the problem or determine an appropriate solution. By taping the entire Grab Handle Bracket, Volkswagen masked all potential failure variables, including, but not limited to, the corner radius, the trimline, the trim edge, and/or effect of metal on fabric. Volkswagen's taping did not enable it (or MetriCan) to identify the specific failure, including whether it was a design error, a manufacturing error, or a shipping error.

30.    Further, this global alteration carried out by Volkswagen was not consistent with the drawings and design specifications provided by Volkswagen to MetriCan. MetriCan could not, under the Nomination Agreement, provide Grab Handle Brackets that were taped over in their entirety.

31.    Nevertheless, Volkswagen used this global alteration of taping the entire Grab Handle Bracket to blame MetriCan for the airbag punctures without further investigation or substantiation.

32.    After examining the Grab Handle Brackets, both Volkswagen and MetriCan determined that it was the *left side* of the Grab Handle Bracket that punctured the airbags, not the right side and not both sides simultaneously.

6

33.     Moreover, MetriCan determined that the left side of the Grab Handle Bracket as manufactured fully complied with Volkswagen's design specifications.

34.     MetriCan shared its findings with Volkswagen in hopes of resolving the airbag puncture issue and moving forward with their relationship.

35.     In an effort to quickly address the airbag punctures, MetriCan increased the chamfer on the Grab Handle Brackets and confirmed that a chamfer of -0.7mm would eliminate airbag punctures and, accordingly, resolve the issue. Volkswagen's original design specifications called for a chamfer range of 0.0mm to -0.2mm.

36.     On November 12, 2019, Volkswagen approved an SKD (or design deviation), that identified certain areas of the Grab Handle Brackets that could not be chamfered due to manufacturing constraints (the "First SKD"). The First SKD was executed on November 12, 2019, but not sent to MetriCan until February 2020.

37.     This First SKD still only specified a chamfer range of 0mm to -0.2mm, despite the parties' agreement that the chamfer of -0.7mm would eliminate airbag punctures.

38.     Because Volkswagen omitted the new chamfer specifications, MetriCan's continued production of Grab Handle Brackets with a chamfer of -0.7mm was technically outside of the drawing requirement.

39.     Nonetheless, MetriCan immediately began producing the Grab Handle Brackets with the increased chamfer in an effort to honor its contract, eliminate airbag punctures, and preserve the relationship.

40.     Volkswagen accepted the redesigned Grab Handle Brackets and did not report any additional concerns regarding airbag punctures.

7

41.     Rather than acknowledge that its own design defect caused the airbag puncture,

Volkswagen informed MetriCan that it would be issuing a Debit Receipt to MetriCan, by which

Volkswagen would not pay for certain Grab Handle Brackets predating the First SKD.  Until this

point, MetriCan believed the parties had resolved all issues and moved forward.

42.     In mid-August 2020, Volkswagen issued a Debit Receipt to MetriCan in the

amount of $1,238,040.

43.     In the Debit Receipt, Volkswagen did not specify the basis for withholding

payment.  Nonetheless, MetriCan assumes it was for Volkswagen's debunked claim that the

Grab Handle Brackets caused the airbag puncture.

44.     Immediately after receiving the Debit Receipt, MetriCan acquired a Volkswagen

Atlas, retained an independent testing lab, and tested the Grab Handle Brackets.

45.     MetriCan purchased a 2019 Volkswagen Atlas Highline (VIN

#1V2MR2CA6KC607754) (the "Test Vehicle"), the model in which the Grab Handle Brackets

in question were installed.

46.     MetriCan delivered the Test Vehicle to MGA Research Corporation ("MGA"), a

worldwide leader for testing services and equipment in the automotive safety field.  MGA has

numerous locations throughout the world.  Upon information and belief, Volkswagen uses and

has used MGA's Alabama location to conduct testing and analysis on airbags in its vehicles.

MetriCan utilized MGA's testing facility in Ontario, Canada, where MetriCan's parent company

is headquartered.

47.     Using the Test Vehicle, MGA conducted a series of iterative tests that identified

the Grab Handle Bracket's precise failure.

8

48. MGA determined that the left side of the Grab Handle Bracket *as designed by Volkswagen* was responsible for puncturing airbags upon deployment. This confirmed MetriCan's prior understanding nearly one year prior. Because *Volkswagen's design* of the Grab Handle Bracket was defective and MetriCan's production of Grab Handle Brackets *conformed to Volkswagen's design*, MetriCan was not nor could have been responsible for the airbag punctures.

49. MGA's testing confirmed what Volkswagen and MetriCan agreed months prior: that a chamfer of -0.7mm would not puncture the airbag upon deployment.

50. During a conference on September 30, 2020, MetriCan presented these findings in a PowerPoint to Volkswagen.

51. Volkswagen rejected the findings on a number of pretextual and procedural grounds: reiterating that its prior and indiscriminate global alteration of the Grab Handle Bracket did not result in a puncture (without acknowledging that the alteration did not comply with Volkswagen's designs specifications); arguing that MGA's Canadian location is a not a recognized lab by Volkswagen; and claiming that Volkswagen representatives were not involved in and did not monitor the testing.

52. In subsequent letters, Volkswagen never engaged with or denied MetriCan's assertion that MetriCan was not at fault for the Grab Handle Bracket's design defect and attendant airbag punctures.

53. Instead, Volkswagen simply stated that MetriCan would be in breach of the parties' contracts if MetriCan ceased shipments over the withheld payment.

9

54.     On or about November 20, 2020—and without responding to MetriCan's most recent letter—Volkswagen deducted and set off the sum of $1,475,125.37 from its payment to MetriCan.

**October – November 2020**
**MetriCan Forces Volkswagen to Memorialize Amended Design Specifications**

55.     By the time Volkswagen issued its Debit Receipt to MetriCan, MetriCan had been producing (and Volkswagen had been accepting) the Grab Handle Brackets with a chamfer of - 0.7mm for roughly one year.

56.     But this chamfer was outside of the drawing requirement because Volkswagen failed to identify the new chamfer specification in a modified or amended design drawing.

57.     Due to both best practices and Volkswagen's Debit Receipt, MetriCan demanded that Volkswagen memorialize the chamfer of -0.7mm.

58.     In early-October 2020, MetriCan's Corporate Quality Manger, Andy Bush, emailed an updated SKD reflecting the -0.7mm chamfer to a number of Volkswagen employees.

59.     Volkswagen did not respond to this email.

60.     On November 27, 2020, Bush emailed Volkswagen and attached the updated SKD once again:

> The attached SKD was submitted to VW in early October, to date there has been no approval provided. MetriCan is currently producing and shipping product outside of the drawing requirement, which exposes MetriCan to potential risks. As you are aware, the chamfer was purposely increased to reduce the impact of the airbag ripping over the metals edge upon deployment.

Exhibit 2, November 27, 2020 Email Chain.

61.     Bush further stated:

> MetriCan will require VW to provide the required deviation approval by December 4th, 2020. Should the approval not be provided by this date, MetriCan will proceed with modifying the tool, in order to meet the current drawing

10

requirement of the chamfer (0mm to -0.20mm). Based on the previous conducted investigation and testing, we know that the current defined drawing specification will not support the functionality of the airbag without failure.

*Id.*

62.     In a series of internal emails that were subsequently forwarded to MetriCan, Volkswagen employees discussed MetriCan's proposed SKD.

63.     On November 30, 2020, Volkswagen employee Matthew Goss stated in an internal email:

I have reviewed and signed the SKD. I have also attached a previous SKD from February that indicates that while a chamfer was not specifically required by the technical specifications shown in the drawing, MetriCan knew that it was the intent everywhere possible on the part.

It is good to finally spell it out clearly in this new SKD but I hope they are not trying to claim they didn't know about the desire for a chamfer until recently when their picture of marked chamfer area has been in an official document since February.

*Id.*

64.     This email and an executed Second SKD were subsequently forwarded to MetriCan. *Id.*

65.     Goss's email is correct on two very important points. First, and most importantly, "a chamfer was not specifically required by the technical specifications shown in the drawing" by Volkswagen. Second, MetriCan was "not trying to claim" as of November 2020 that it "didn't know about the desire for a chamfer until recently . . . ." But starting in September 2019, MetriCan began preparing the Grab Bracket Handles with chamfered edges of -0.7mm, which was beyond Volkswagen's design specifications. Accordingly, the new design needed to be memorialized.

11

66.     In sending this email and executing the Second SKD, Volkswagen confirmed the following: a) Volkswagen's original design drawing called for a chamfer of 0mm to -0.2mm; b) the parties understood that the lack of and/or inadequate chamfer in Volkswagen's initial design drawing punctured the airbags upon deployment; c) the parties agreed prior to the First SKD, despite not memorializing it at the time, that a chamfer of -0.7mm eliminated airbag punctures upon deployment; and d) MetriCan was producing at Volkswagen's insistence and with its acceptance Grab Handle Brackets "outside of the drawing requirement" until November 2020 despite this understanding.

67.     Accordingly, Volkswagen admitted that its prior design was defective and that MetriCan must produce parts consistent with MetriCan and MGA's testing and conclusions.

68.     But as a result of Volkswagen's refusal to pay, MetriCan was left with no choice but to file this suit to recover the wrongfully withheld funds.

## COUNT I – BREACH OF CONTRACT

69.     MetriCan incorporates the allegations in the foregoing paragraphs herein by reference.

70.     The Nomination Agreement is a valid and enforceable contract.

71.     MetriCan delivered the Grab Handle Brackets in conformity with the Nomination Agreement and Volkswagen's design specifications.

72.     Volkswagen materially breached the Nomination Agreement by failing to pay MetriCan for the timely delivery of Grab Handle Brackets that satisfied Volkswagen's design specifications.

73.     With Volkswagen's approval, MetriCan subsequently altered its manufacture of the Grab Handle Brackets beyond the design specifications previously approved by Volkswagen.

12

74. MetriCan has been harmed as a direct and proximate result of Volkswagen's breach of the Nomination Agreement. MetriCan is entitled to compensatory damages provided by the Nomination Agreement in an amount to be proven at trial, in addition to attorneys' fees and costs.

## COUNT II – BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

75. MetriCan incorporates the allegations in the foregoing paragraphs herein by reference.

76. A covenant of good faith and fair dealing is implied by law in every contract.

77. Volkswagen has breached the implied covenant of good faith and fair dealing by refusing in bad faith to compensate MetriCan for producing Grab Handle Brackets that conformed with Volkswagen's drawings and design specifications.

78. Volkswagen's bad faith includes, but is not limited to: (a) failing to pay MetriCan as agreed; (b) refusing to consider MGA's testing on pretextual and procedural grounds; and (c) attempting to blame MetriCan for its faulty Grab Handle Bracket drawing and design specifications.

79. MetriCan has been deprived of the benefit of its bargain under the Nomination Agreement as a direct and proximate result of Volkswagen's breach of the implied covenant of good faith and fair dealing and has been damaged in an amount to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiff requests that the Court award the following relief:

1. award plaintiff compensatory damages in an amount to be proven at trial;

2. award plaintiff attorneys' fees and other costs provided by the parties' contracts;

3. award plaintiff's pre-judgment interest; and,

13

4.   award such further and other relief, general or specific, to which plaintiff may be entitled.

Respectfully submitted,

Samuel P. Funk (TN Bar #19777)
Mark W. Lenihan (TN Bar #36286)
SIMS|FUNK, PLC
3322 West End Avenue, Suite #200
Nashville, TN 37203
(615) 292-9335
sfunk@simsfunk.com
mlenihan@simsfunk.com

*Counsel for Plaintiff*

14

# VOLKSWAGEN

GROUP OF AMERICA

## Nomination Agreement

Dated / Vom 07.10.2015

between / zwischen der

**Volkswagen Group of America, Inc.**
**Chattanooga Operations, LLC**
**8001 Volkswagen Drive**
**Chattanooga, TN 37416**

**Contact Person/Ansprechpartner Volkswagen GoA**
Mr. / Herr Edward Steed (CP-MM)
Mailbox: / Brieffach
-

hereafter referred to as "Volkswagen" /
nachfolgend „Volkswagen" genannt -

edward.steed@vw.com

and the company / und der Firma

**MetriCan Stamping Corp.**
101 Warren Medley Drive
37055 Dickson
Vereinigte Staaten

**Contact Person supplier / Ansprechpartner Lieferant**
John Kaufman

- hereafter referred to as the "supplier" /
nachfolgend „Lieferant" genannt -

j_kaufman@metrican.com

- both hereafter collectively referred to as the "parties" /
zusammen „Parteien" genannt -

"Dieses Dokument und seine Bedingungen sollen nach amerikanischem Recht ausgelegt werden. Wenn die deutsche juristische Bedeutung in dieser Übersetzung von der amerikanischen juristischen Bedeutung dieses Nomination Agreements und dessen Bestimmungen abweicht, so gilt die amerikanische juristische Bedeutung."

Concerning the following project scope

Betreffend den Projektumfang

Forward Sourcing Request for Quotation No. :

Forward Sourcing Anfrage Nr. :

F US M 15 284,
VW416 NAR Grab Bracket

F US M 15 284,
VW416 NAR Grab Bracket

the supplier has submitted quotations and conducted the corresponding negotiations with Volkswagen. Based on the latest status of the negotiations, which is documented in the most recent ESL quotation, Volkswagen commissions the supplier to develop, manufacture and deliver the components for production as set forth in the table below (each a "delivery item"). Supplier's obligations shall include, without limitation, the manufacture and delivery of delivery items for service and replacement as required by Volkswagen.

hat der Lieferant Angebote abgegeben und die entsprechenden Verhandlungen mit Volkswagen durchgeführt. Auf der Grundlage des letzten Verhandlungsstatus, der im letzten ESL-Angebot dokumentiert ist, beauftragt Volkswagen den Lieferanten mit der Entwicklung, Herstellung und Lieferung der Bauteile für die Produktion, gemäß der untenstehenden Tabelle (jeweils ein „Liefergegenstand"). Zu den Verpflichtungen des Lieferanten gehören ohne Einschränkung die Herstellung und Lieferung von Liefergegenständen für Service und Ersatz, wie von Volkswagen angefordert.

Notwithstanding the foregoing or any provision to the

Ungeachtet des Vorstehenden oder aller widersprechenden

**EXHIBIT 1**

contrary, the terms and conditions contained in supplier's quotations and the most recent quotation shall not apply to this Nomination Agreement. Any reference to supplier's quotations is solely to incorporate the description or specifications of delivery items in the quotations, but only to the extent that the description or specifications do not conflict with the description and specifications in this Nomination Agreement or otherwise required by Volkswagen. This Nomination Agreement including, but not limited to, the volumes and scope set forth herein, shall be governed by the terms and conditions set forth in this Nomination Agreement including, but not limited to, the Volkswagen Group of America Chattanooga Operations, LLC's Production Terms and Conditions of Purchase (the "Volkswagen Terms and Conditions") which are attached to this Nomination Agreement and incorporated herein by reference. For clarification, references to "Orders" in the Volkswagen Terms and Conditions shall not limit the rights of Volkswagen and obligations of supplier as contemplated by this Nomination Agreement.

Bestimmungen, sollen die in den Angeboten des Lieferanten enthaltenen Bedingungen und das letzte Angebot nicht für dieses Nomination Agreement gelten. Jeglicher Bezug zu den Angeboten des Lieferanten dient lediglich der Eingliederung von Beschreibungen bzw. Spezifikationen der Liefergegenstände in den Angeboten, aber nur in dem Ausmaß, dass die Beschreibungen bzw. Spezifikationen nicht mit den Beschreibungen bzw. Spezifikationen in diesem Nomination Agreement oder wie sonst von Volkswagen angefragt in Konflikt geraten. Dieses Nomination Agreement einschließlich, jedoch nicht begrenzt auf die darin enthaltenen Volumen und Umfang, soll einschließlich, jedoch nicht darauf begrenzt, gemäß der LLC Einkaufsbedingungen für die Produktion der Volkswagen Group of America Chattanooga Operations (die „Volkswagen Geschäftsbedingungen"), die diesem Nomination Agreement beigelegt und darin durch Bezugnahme eingegliedert sind, gelten. Zur Verdeutlichung soll die Bezugnahme auf „Aufträge" in den Volkswagen Geschäftsbedingungen die Rechte von Volkswagen und Pflichten des Lieferanten nicht einschränken, wie durch dieses Nomination Agreement vorgesehen.

| Component / Bauteil | Quotation date / Angebotsdatum | Negotiation fax / Verhandlungsfax | T e c h . Specification / T e c h . Spezifikation | Companies / Gesellschaften |
|---|---|---|---|---|
| 3CN 858 687 Grab Bracket | 04.09.2015 | | | VW GoA Inc.Chattanooga Operations LLC |

### 1. Subject matter of the contract

1.1. Volkswagen hereby entrusts the supplier with the series development and series production, and series delivery of the delivery items as specified in Appendix 1 and supplier shall be responsible for the manufacture and delivery of the delivery items in accordance with those requirements.

1.2. The supplier shall be responsible for procuring the raw materials, subcomponents, and operating supplies required for production and delivery. Any related costs shall be included in the piece price unless a separate agreement regarding individual raw materials or subcomponents -is established. Operating supplies shall always be included in the piece price.

1.3. The supplier will manufacture the delivery items in the production location(s) set forth in Appendix 1.

The supplier hereby agrees, in the event of a change of production facility/facilities following nomination, to notify all Volkswagen contact persons in writing and to ensure and

### 1. Vertragsgegenstand

1.1. Volkswagen beauftragt den Lieferanten hiermit mit der Serienentwicklung, Serienproduktion und Serienlieferung der Liefergegenstände, wie in Anlage 1 spezifiziert. Der Lieferant ist verantwortlich für die Herstellung und Lieferung der Liefergegenstände in Übereinstimmung mit diesen Anforderungen.

1.2. Der Lieferant ist verantwortlich für die Beschaffung der Rohmaterialien, Teilkomponenten sowie Hilfs- und Betriebsstoffe, die für die Fertigung und Lieferung erforderlich sind. Alle damit verbundenen Kosten sind im Stückpreis enthalten, sofern nicht in Bezug auf Rohmaterialien oder Teilkomponenten eine separate Vereinbarung - abgeschlossen wurde. Betriebsmittel sind immer im Stückpreis enthalten.

1.3. Der Lieferant stellt die Liefergegenstände an den Produktionsstandorten gemäß Anlage 1 her.

Der Lieferant stimmt hiermit zu, im Falle einer Änderung der Produktionsstätte(n) nach seiner Nominierung alle Ansprechpartner bei Volkswagen schriftlich zu

procure all required release(s) and approvals for the new facility/facilities from Volkswagen in advance. Any change in production facility/facilities is subject to the prior written consent of Volkswagen. Supplier shall be responsible for costs associated with such change of location.

1.4. The supplier must ensure that the technical and technological capacities and delivery of tooling, samples and other requirements as required under Appendix 1 are available and otherwise performed by the specific due dates and project milestones.

Supplier is responsible for the required capacities which must be ensured per part number and without interruption: 240 working days per year, 15 shifts per week and 48 weeks per year. This weekly capacity must be available without interruption. It must be possible to compensate a flexibility of additional 15% in workload per part number. This also applies to the upstream and downstream processes within the supply chain. The supplier understands that the named shift model is not necessarily the same for all requested plants. JIT/JIS suppliers (including supplier) must match the production schedule of the assembly plant.

The supplier hereby agrees, in the event that delays emerge with respect to ensuring said capacities are available in accordance with all applicable due dates and project milestones, to immediately notify the relevant Volkswagen Procurement contact person in writing. Supplier is responsible for any and all delays and for any and all damages relating to the delay.

1.5. The supplier must provide the required machine and system capacities in order to ensure the production of the delivery items within this Nomination Agreement. Furthermore, the supplier hereby agrees to produce any special operating equipment ("Tools") required for producing the delivery items and transfer the Tools to Volkswagen as directed by Volkswagen at supplier's cost, provided the supplier does not acquire this special operating equipment ("Tools") owned by Volkswagen from a previous supplier.

Volkswagen will order any such Tools provided by the supplier separately from this Nomination Agreement on the basis of the negotiated Tool costs indicated in Appendix 1 for Volkswagen.

The supplier shall ensure that the Tools are sufficient for securing the agreed capacities set forth in Appendix 1. Additional Tools or other operating equipment will not be

benachrichtigen und alle für die neue(n) Produktionsstätte(n) erforderlichen Freigaben und Genehmigungen vorab von Volkswagen einzuholen. Jede Änderung des Produktionsstandortes erfordert die vorherige schriftliche Zustimmung von Volkswagen. Die Kostenverantwortung für eine solche Standortverlagerung trägt der Lieferant.

1.4. Der Lieferant muss sicherstellen, dass die technischen und technologischen Kapazitäten und die Lieferung von Werkzeugen, Mustern und anderen Anforderungen, gemäß Anlage 1 gewährleistet ist und zu den festgelegten Terminen und Projektmeilensteinen durchgeführt wird.

Der Lieferant ist verantwortlich für die erforderlichen Kapazitäten, die für jede Teilenummer durchgehend an 240 Arbeitstagen bei 15 Schichten pro Woche und 48 Wochen im Jahr sichergestellt. Diese Wochenkapazität ist durchgehend mit einer Flexibilität von zusätzlich 15% je Teilenummer sicherzustellen. Dies gilt ebenfalls für die vor- und nachgelagerten Prozesse innerhalb der Beschaffungskette. Dem Lieferanten ist bewusst, dass das genannte Schichtenmodell nicht zwingend für alle angefragten Werke identisch ist. JIT/JIS-Lieferanten (einschließlich Unterlieferanten) müssen sich nach dem Fertigungszeitplan des Montagewerks richten.

Der Lieferant stimmt hiermit zu, den betreffenden Ansprechpartner der Beschaffung Volkswagen sofort schriftlich zu benachrichtigen, falls sich Verzögerungen in Bezug auf die Sicherstellung der Verfügbarkeit der genannten Kapazitäten zu den vereinbarten Terminen und Projektmeilensteinen herausstellen sollten. Der Lieferant ist verantwortlich für alle Verzögerungen jeglicher Art und für alle Schäden jeglicher Art, die durch die Verzögerung entstehen.

1.5. Der Lieferant muss die erforderlichen Maschinen- und Systemkapazitäten bereitstellen, um die Produktion der Liefergegenstände innerhalb dieses Nomination Agreements sicherzustellen. Darüber hinaus stimmt der Lieferant hiermit zu, jegliches Spezialbetriebsmittel ("Werkzeuge"), das für die Produktion der Liefergegenstände erforderlich ist, herzustellen und die Werkzeuge auf Anweisung von Volkswagen auf Lieferantenkosten an Volkswagen zu liefern, vorausgesetzt, dass der Lieferant diese Spezialbetriebsmittel ("Werkzeuge"), die im Besitz von Volkswagen (von einem früheren Lieferanten) sind, nicht erwirbt.

Volkswagen beauftragt die so vom Lieferanten angebotenen Werkzeuge gesondert zu vorliegendem Nomination Agreement auf Basis der in Anlage 1 für Volkswagen festgehaltenen, verhandelten Werkzeugkosten.

Der Lieferant muss sicherstellen, dass die Werkzeuge zur Sicherstellung der gemäß Anlage 1 vereinbarten Kapazitäten ausreichen. Zusätzliche Werkzeuge oder

compensated for by Volkswagen, and their costs must be included in the agreed delivery item piece price by the supplier.

Tool costs shall be commissioned separately under Volkswagen's terms and conditions for special operating equipment (Version 07/2012). Within this context, the supplier hereby agrees to enter the exact designation for the Tools in the www.VWGroupSupply.com Tools application as part of the required resources process and to notify the relevant Procurement contact person accordingly.

1.6. At the request of Volkswagen, the supplier will supply Volkswagen prototypes according to the Prototype Shop Data Sheet under the conditions -set forth in Appendix 1 - Section "Prototypes".

The specified prototype unit price refers to the delivery duty paid ("DDP") price, and includes packaging and delivery to the location set forth in the request for quotation ("RFQ") documents.

If the prototypes are not used by Volkswagen, but by a third party instead, Volkswagen shall disclose the name and information of said third party to the supplier, and. the supplier shall be obligated to supply said third party with prototypes under the preceding terms and conditions. In this case, performance will occur on behalf and account of said third party.

1.7. Regarding the supply of Volkswagen with spare parts and after-sales service parts, the Volkswagen Terms and Conditions apply. These documents are available on the vwgroupsupply.com portal.

1.8. The supplier shall ensure that the delivery items meet Performance Specifications as set forth in the RFQ Documents (as defined in the Volkswagen Terms and Conditions) and functional and other specification requirements to their fullest extent.

If this volume contains any components that require CCC, the supplier shall be obliged to hand over all necessary certificates (production site certificate, component certificate, permission of printing) to Volkswagen. In the event of component discontinuations by any sub-supplier, the supplier shall provide for appropriate alternative solutions that can be implemented without Volkswagen having to incur any additional costs or delay. Such alternative solutions shall meet the quality, technical

sonstige Betriebsmittel werden von Volkswagen nicht kompensiert und deren Kosten müssen in den mit dem Lieferanten vereinbarten Stückpreis integriert werden.

Werkzeugkosten müssen unter den Volkswagen Geschäftsbedingungen für Spezialbetriebsmittel (Version 07/2012) separat abgewickelt werden. In diesem Zusammenhang verpflichtet sich der Lieferant hiermit, die jeweils genaue Bezeichnung der Werkzeuge auf www.VWGroupSupply.com unter „Werkzeuge" als Bestandteil des erforderlichen Verfahrens für Ressourcen einzutragen und den zuständigen Ansprechpartner in der Beschaffung entsprechend zu benachrichtigen.

1.6. Auf Wunsch von Volkswagen wird der Lieferant Volkswagen Prototypen gemäß Versuchsbau-Datenblatt zu den in Anlage 1 -- Abschnitt Prototypen festgelegten Konditionen liefern.

Der angegebene Prototypen-Teilepreis versteht sich als frei Haus Preis, inklusive Verpackung und Anlieferungsort gemäß Anfrageunterlagen.

Soweit die Prototypen nicht von Volkswagen selbst, sondern von einem Dritten verwendet werden, wird Volkswagen dem Lieferanten diesen Dritten benennen und der Lieferant ist verpflichtet, diesen Dritten zu vorstehenden Konditionen mit Prototypen zu beliefern. Die Abwicklung erfolgt dann im eigenen Namen und auf eigene Rechnung des Dritten.

1.7. Für die Belieferung von Volkswagen mit Ersatz- und Kundendienstteilen gelten die Volkswagen Geschäftsbedingungen. Diese Dokumente stehen auf dem vwgroupsupply.com Portal zur Verfügung.

1.8. Der Lieferant muss sicherstellen, dass die Liefergegenstände die Lastenhefte, gemäß der Anfrageunterlagen (wie in den Volkswagen Geschäftsbedingungen beschrieben) und die funktionalen und sonstigen Spezifikationsanforderungen vollständig erfüllen.

Sofern in diesem Umfang CCC pflichtige Bauteile enthalten sind, ist der Lieferant verpflichtet, die notwendigen Zertifikate (Produktionsstandortzertifikat, Bauteilzertifikat und Permission of Printing) an Volkswagen auszuhändigen.

Bei Liefereinstellung von Bauteilen seitens eines Unterlieferanten hat der Lieferant für geeignete Alternativlösungen zu sorgen, die sich umsetzen lassen, ohne dass Volkswagen dadurch zusätzliche Kosten oder Verzögerungen entstehen. Solche Alternativlösungen

4

and other requirements contemplated by this Nomination Agreement.

The supplier hereby agrees that should the supplier fail to implement functions required by the Performance Specifications, to first implement alternative solutions proposed by Volkswagen. If said solutions are not possible within the agreed schedule and/or series implementation is not possible with the relevant function, Supplier is obligated to pay Volkswagen a reasonable amount which shall include costs to Volkswagen and any other damages.

1.9. If requested by Volkswagen, the supplier shall prepare blank-component drawings at no additional charge for Volkswagen and coordinate them with the relevant Volkswagen contact person.

**2. omitted**

**3. Prices**

3.1 Prices for the delivery items are set forth in Appendix 1

3.2 Unless otherwise agreed in writing, all the services to be rendered by the supplier, as well as the associated costs, shall be included in and deemed paid for with the unit price of the delivery item.

3.3 Any additional special development costs incurred by the supplier shall be expressly subject to a separate written agreement with Volkswagen.

If there is no such separate agreement providing otherwise, Volkswagen shall have no obligation to pay for any development costs, provided, however, that the foregoing shall not limit or otherwise affect Volkswagen's rights to any developments.

**4. omitted**

**5. Competitiveness**

5.1. The supplier must ensure that the components that are

---

müssen die qualitativen, technischen sowie sonstigen Anforderungen entsprechend diesem Nomination Agreement erfüllen.

Sollte der Lieferant nicht in der Lage sein, vom Lastenheft geforderte Funktionen zu realisieren, so verpflichtet sich der Lieferant, zunächst die von Volkswagen vorgeschlagenen Alternativlösungen zu realisieren. Ist die Umsetzung dieser Lösungen nicht innerhalb des vereinbarten Terminplans möglich und/oder eine Realisierung der Serie nicht mit der betreffenden Funktion möglich, so ist der Lieferant zu einer angemessenen Zahlung an Volkswagen verpflichtet, die alle für Volkswagen anfallenden Kosten und Schäden abdeckt.

1.9. Soweit seitens Volkswagen gewünscht, sind Rohteilzeichnungen vom Lieferanten ohne zusätzliche Kosten für Volkswagen zu erstellen und mit dem Ansprechpartner Volkswagen abzustimmen.

**2. entfällt**

**3. Preise**

3.1 Preise für die Liefergegenstände sind in Anlage 1 dargelegt.

3.2 Sofern keine andere schriftliche Vereinbarung vorliegt, sind alle vom Lieferanten zu erfüllenden Dienste sowie die dazugehörigen Kosten im Stückpreis des Liefergegenstands enthalten und gelten mit dessen Bezahlung als entrichtet.

3.3 Über alle dem Lieferanten zusätzlich entstehenden speziellen Entwicklungskosten ist ausdrücklich eine gesonderte schriftliche Vereinbarung mit Volkswagen abzuschließen.

Ist keine derartige gesonderte Vereinbarung vorhanden, ist Volkswagen nicht verpflichtet für Entwicklungskosten aufzukommen, jedoch vorausgesetzt, dass das Vorhergehende die Rechte von Volkswagen auf Entwicklungen nicht einschränkt bzw. auf andere Weise beeinflusst.

**4. entfällt**

**5. Wettbewerbsfähigkeit**

5.1. Der Lieferant muss sicherstellen, dass die Bauteile, die

the subject matter of this Nomination Agreement are able to successfully compete against other alternatives in an objective comparison in terms of technical requirements, delivery quality, supplier reliability, and price from Start of production to end of production.

5.2. Within this context, Volkswagen is entitled to check the competitiveness and to exercise all right and remedies for any failure to maintain this competitiveness.

## 6. Prerequisite for introduction into series production, agreed deadlines

6.1. Off tool- and off process sample parts costs will not exceed the costs for the series prices set forth in this Nomination Agreement.

6.2. First samples, including any corresponding test report, must be delivered to the appropriate engineering department at Volkswagen no later than six (6) weeks before the pilot series.

The stock-in-plant date (TBT) for supplying the pre-series release vehicles is normally 4 to 6 weeks before the pre-series deadline (in the case of body-in-white scopes, approx 8 weeks; in the case of scopes in which Volkswagen or the third party indicated by Volkswagen still require machining, approx. 12 weeks before).

6.3. A detailed schedule will be provided to the supplier in the LION application (supplier parts information online) at www.VWGroupSupply.com. The supplier will be notified separately when the dates are provided in LION. The supplier hereby agrees to enter and maintain its schedule for the contract award scope within the specified period (normally three (3) weeks) in the LION application.

6.4. The supplier agrees that time and quantity are of the essence to Volkswagen. The supplier hereby agrees to ensure compliance with the preceding deadlines, even if they are postponed on short notice by Volkswagen, by taking all measures available to it. Without limiting the obligations of supplier and the rights of Volkswagen hereunder, if supplier fails to comply with any of the deadlines, supplier shall be responsible for any and all damages relating thereto including, but not limited to, for any line stoppage.

6.5. The supplier shall begin with the development, working with the Volkswagen Design Engineering Department and in accordance with the Performance Specifications assigned here, upon entering this agreement.

---

der Gegenstand dieses Nomination Agreements sind, im objektiven Vergleich mit anderen Alternativprodukten hinsichtlich technischer Anforderungen, Lieferqualität, Liefertreue und Preis wettbewerbsfähig sind, und zwar während der gesamten Laufzeit.

5.2. In diesem Zusammenhang ist Volkswagen berechtigt, die Wettbewerbsfähigkeit zu prüfen und alle Rechte und Rechtsmittel bei Versagen auszuüben, um diese Wettbewerbsfähigkeit zu erhalten.

## 6. Voraussetzung für einen Serieneinsatz, vereinbarte Termine

6.1. Die Kosten für Musterteile, die werkzeugfallend in der Nullserie mit Note 1 hergestellt werden, dürfen die Kosten für die Serienpreise in diesem Nomination Agreement nicht übersteigen.

6.2. Erstmuster inklusive Prüfbericht sind nicht später als 6 Wochen vor PVS bei der entsprechenden Fachabteilung bei Volkswagen abzuliefern.

Der Teilebereitstellungstermin (TBT) zur Belieferung der Vorserienfahrzeuge liegt im Normalfall 4-6 Wochen vor dem Vorserientermin (bei Rohbauumfängen ca. 8 Wochen, bei Umfängen bei denen Volkswagen oder dem von Volkswagen benannten Dritten noch eine Bearbeitung notwendig ist, ca. 12 Wochen vorher).

6.3. Ein detaillierter Terminplan wird dem Lieferanten unter www.VWGroupSupply.com in der Applikation LION (Lieferanten-Teile Informationen Online) zur Verfügung gestellt. Über die Bereitstellung der Termine in LION wird der Lieferant gesondert informiert. Der Lieferant verpflichtet sich, seinen Terminplan für den Vergabeumfang innerhalb der angegebenen Frist (in der Regel 3 Wochen) in der Applikation LION zu pflegen.

6.4. Der Lieferant stimmt zu, dass Zeit und Menge für Volkswagen äußerst wichtig sind. Der Lieferant verpflichtet sich hiermit, alle ihm zur Verfügung stehenden Maßnahmen zu treffen, um die Einhaltung der vorausgehenden Termine zu gewährleisten, selbst wenn diese kurzfristig von Volkswagen verschoben werden. Wenn der Lieferant einen Termin nicht einhält, ist er verantwortlich für alle Schäden, die dadurch entstehen, einschließlich, aber nicht begrenzt auf, den Stopp einer Produktionslinie, ohne dass die Verpflichtungen des Lieferanten und die Rechte von Volkswagen hierdurch eingeschränkt werden.

6.5. Der Lieferant wird mit Abschluss vorliegender Vereinbarung mit der Entwicklungsabteilung von Volkswagen mit der Entwicklung gemäß vorliegend beauftragtem Lastenheft beginnen.

### 7. Quality requirements

7.1. The supplier hereby agrees to ensure and maintain the quality level required and requested by Volkswagen in terms of quality capability and quality performance, as specified in Formula Q, as well as a corresponding failure strategy for its production facilities and systems, in order to ensure that Volkswagen plants are properly supplied. All quality assurance activities during the development and pre-series phases (up to all required quality assurance measures during series production) are defined in the documents listed below, and apply, in the version valid when the quotation was submitted, upon entering this Nomination Agreement.

Quality management agreements between the Volkswagen Group and its suppliers (Formula Q - Konkret), supplier quality capability (Formula Q - Capability), integral qualification program for new parts; "QPN", with integrated run at rate (two-day production) (Formula Q - New Parts Integral), agreements out of the QTR-conversation for technical validation to the offers, if they are required (Quality Technical Requirement), quality documentation during the pre-series phase (Sampling Guidelines), quality management in the automotive industry, VDA series/ISO/TS 16949 (available at a charge on VDA).

### 8. Logistics process

8.1. The supplier hereby declares that it has taken the Logistics Performance Specifications enclosed with the request for quotation into account in its quotation.

8.2. If a logistics concept was agreed on, this is listed accordingly in Appendix 1 - Section "Supply Volume and Prices".

### 9. Support provided by Volkswagen

9.1. In the event that the supplier encounters problems that may lead to schedule delays or to supply interruptions, including with respect to the deliveries intended for Volkswagen or for production facilities specified by Volkswagen, while performing its contractual obligations

### 7. Qualitätsanforderungen

7.1. Der Lieferant verpflichtet sich, den von Volkswagen geforderten und angefragten Qualitätsstand hinsichtlich Qualitätsfähigkeit und Qualitätsleistung, entsprechend Formel Q, und eine entsprechende Ausfallstrategie für seine Produktionsstätten und Anlagen sicherzustellen und aufrechtzuerhalten, um die Belieferung der Werke von Volkswagen sicherzustellen. Alle Aktivitäten zur Qualitätssicherung während der Entwicklungs- und Vorserienphase bis zu den erforderlichen Maßnahmen der Qualitätssicherung in der Serie sind in den nachfolgend aufgeführten Dokumenten definiert und gelten mit Abschluss vorliegenden Nomination Agreements in der zur Angebotsabgabe gültigen Form:

Qualitätsmanagementvereinbarungen zwischen dem Volkswagen-Konzern und seinen Lieferanten (Formel Q-Konkret), Qualitätsfähigkeit Lieferanten (Formel Q-Fähigkeit), Qualifizierungsprogramm Neuteile integral "QPN" mit integrierter 2-Tagesproduktion (Formel Q-Neuteile integral), Vereinbarungen aus dem QTR-Gespräch zur technischen Plausibilisierung der Angebote, sofern dies erforderlich war (Quality Technical Requirement), Qualitätsnachweis in der Vorserienphase (Leitfaden zur Bemusterung), Qualitätsmanagement in der Automobilindustrie, VDA-Schriftenreihe / ISO/TS 16949 (kostenpflichtig über VDA einsehbar).

### 8. Logistikprozess

8.1. Der Lieferant hat die der Anfrage beiliegenden Logistik Lastenhefte im Rahmen seines Angebotes berücksichtigt.

8.2. Sofern ein Logistikkonzept vereinbart wurde, ist dieses in der Anlage 1 - Abschnitt Liefervolumen und Preise -- entsprechend aufgeführt.

### 9. Unterstützung von Volkswagen

9.1. Für den Fall, dass der Lieferant im Zuge der Erfüllung der gegenüber Volkswagen bestehenden vertraglichen Verpflichtungen gemäß vorliegendem Nomination Agreement Problemen ausgesetzt sein sollte, die zu Terminverzögerungen oder Versorgungsunterbrechungen,

under this Nomination Agreement, Volkswagen has expert teams available to support the supplier in fixing the causes of said problems. If the supplier, due to reasons for which it is responsible, uses these expert teams in a manner other than as specified, Volkswagen reserves the right to bill the supplier for any costs and expenses incurred in connection therewith. The provision of support by Volkswagen shall not limit supplier's obligations under this Nomination Agreement.

9.2. Within this context, the supplier shall provide full unobstructed access to all affected production facilities and shall ensure the exchange of information required for the provision of assistance in accordance with principles of good faith and cooperative collaboration on which the contractual relationship is based. If there is no imminent danger or emergency situation, Volkswagen will notify the supplier in advance and access to the supplier's facilities shall be provided to Volkswagen during the supplier's regular business and/or production hours.

## 10. Supply assurance

10.1. In the event that the supplier , for whatever reason, is not ready or is not able to supply Volkswagen and/or any of the Volkswagen Group Companies with the delivery item(s) that is the subject matter of this Nomination Agreement in the amounts required, Volkswagen and/or the respective Volkswagen Group Company shall obtain free of charge, and supplier hereby grants to Volkswagen, the temporary, non-exclusive, territorially unlimited, irrevocable, transferable, sub-licensable right of use to the protective, intellectual property and other rights required for manufacturing of the aforementioned delivery item(s) and to the know-how required for said manufacturing ("emergency production").

10.2. The right of use specified in the preceding sub-paragraph shall only last for the period that is required and appropriate for an emergency production run, taking into account the expenses of the substitute supplier, its lead and follow-up times, etc. If the supplier hands over documents to Volkswagen or to a substitute supplier specified by Volkswagen for this purpose, said documents shall be returned to the supplier once the aforementioned right of use has expired.

---

einschließlich bei den für Volkswagen oder den für von Volkswagen vorgegebenen Fertigungsstätten bestimmten Lieferungen führen können, stehen bei Volkswagen Expertenteams bereit, die den Lieferanten bei der Beseitigung der Ursachen unterstützen werden. Bei einem vom Lieferanten zu vertretenden außerplanmäßigen Einsatz, behält sich Volkswagen vor, dem Lieferanten die in diesem Zusammenhang entstehenden Kosten und Aufwendungen in Rechnung zu stellen. Die Unterstützung durch Volkswagen schränkt die Verpflichtungen des Lieferanten gemäß dieses Nomination Agreements nicht ein.

9.2. In diesem Zusammenhang wird der Lieferant entsprechend dem die Grundlage der Vertragsbeziehung bildenden Grundsatz von Treu und Glauben und der partnerschaftlichen Zusammenarbeit den ungehinderten Zugang zu allen betroffenen Produktionsstätten sowie den für die Hilfestellung erforderlichen Informationsaustausch sicherstellen. Soweit im Einzelfall nicht Gefahr in Verzug ist oder ein Notfall besteht, wird Volkswagen den Lieferanten im Vorfeld informieren; der Zugang zu den Betriebsstätten des Lieferanten soll Volkswagen dann im Rahmen der üblichen Geschäfts- bzw. Fertigungszeiten des Lieferanten erfolgen.

## 10. Versorgungsabsicherung

10.1. Für den Fall, dass der Lieferant, aus welchem Grund auch immer, nicht bereit oder fähig ist, die Liefergegenstände, die der Gegenstand dieses Nomination Agreements sind, in der erforderlichen Menge an Volkswagen und/oder eine Volkswagen Konzerngesellschaft zu liefern, gewährt der Lieferant Volkswagen und/oder der entsprechenden Volkswagen Konzerngesellschaft unentgeltlich das vorübergehende, nicht ausschließliche, räumlich uneingeschränkte, unwiderrufliche, übertragbare, unterlizenzierbare Nutzungsrecht für das geschützte geistige Eigentum und andere Rechte, die für die Herstellung der vorgenannten Liefergegenstände erforderlich sind, sowie für das erforderliche Know-how für diese Herstellung ("Notproduktion").

10.2. Die Nutzungsrechte aus vorstehender Ziffer bestehen nur für die Zeit, die unter Berücksichtigung der Aufwendungen des Ersatzlieferanten, seiner Vor- und Nachlauffristen, etc. für eine Notproduktion erforderlich und angemessen ist. Soweit vom Lieferanten dafür an Volkswagen oder einen von Volkswagen benannten Ersatzlieferanten Unterlagen übergeben werden, werden diese dem Lieferanten nach Ablauf des Nutzungsrechts zurückgegeben.

10.3 Supplier agrees to defend, hold harmless and indemnify Volkswagen and the applicable Volkswagen Group Company(ies) and their successors and assigns against any suit, claim or action for actual or alleged direct or contributory infringement of or inducement to infringe any proprietary right and against any resulting damages or expenses, including, but not limited to, attorney's and other professional fees, settlements and judgments, relating to the exercise of the foregoing rights including, but not limited to, any products relating to the emergency production. The foregoing rights are in addition to those other obligations of supplier to defend, hold harmless and indemnify as set forth in the Volkswagen Terms and Conditions including, but not limited to, those relating to infringement of proprietary rights.

10.4 The right of use or license granted to Volkswagen and the Volkswagen Group Companies above is in addition to any other rights to any license of supplier's intellectual property including, but not limited to, as granted under the Volkswagen Terms and Conditions.

## 11. Intellectual Property

11.1. Volkswagen is entitled to all work results, documentation, and performance produced as part of the activities that are the subject matter of this Nomination Agreement. If the supplier uses sub-contractors, it must use appropriate contractual agreements in order to ensure that said sub-contractors also agree to this clause as binding for themselves. For additional information, please reference the relevant terms and conditions.

## 12. Changes

12.1. All optimizations and modifications required for ensuring that functional, appeal, and quality aspects are in line with Volkswagen standards and for complying with the specifications and common goals until SOP shall be taken into account in the supplier's part prices.

12.2. Changes to the delivery items that the supplier must perform in order to comply with the specifications and other requirements as agreed upon herein shall not result in price or schedule changes. If Volkswagen requests fundamental concept changes that represent an extension of the agreed

10.3 Der Lieferant stimmt zu, dass er Volkswagen und die entsprechenden Volkswagen Konzerngesellschaften und ihre Nachfolger und Bevollmächtigten von jedweder Klage, Anspruch oder Prozessen wegen tatsächlicher oder angeblicher direkten oder konkurrierenden Verletzung oder Anstiftung zu einer Schutzrechtsverletzung und gegen daraus resultierender Schäden oder Kosten, einschließlich, jedoch nicht begrenzt auf, Anwaltskosten und sonstige Fachberatungsgebühren, Vergleichs- und Gerichtskosten, die in Bezug zur Ausübung der vorherigen Rechte stehen, einschließlich, jedoch nicht begrenzt auf, Produkte, die mit der Notproduktion in Verbindung stehen, verteidigt und kostenfrei und schadlos hält. Die vorgenannten Rechte gelten zusätzlich zu den Verpflichtungen des Lieferanten, gemäß der Volkswagen Geschäftsbedingungen zu verteidigen und kostenfrei und schadlos zu halten, einschließlich, jedoch nicht begrenzt auf die Rechte, die in Verbindung mit Schutzrechtsverletzungen stehen.

10.4 Das Nutzungsrecht oder die Lizenz, die Volkswagen und den Volkswagen Konzerngesellschaften oben gewährt wird, gilt zusätzlich zu jedweden sonstigen Rechten auf Lizenzen des geistigen Eigentums des Lieferanten, einschließlich, jedoch nicht begrenzt auf, die Gewährung gemäß der Volkswagen Geschäftsbedingungen.

## 11. Geistiges Eigentum

11.1. Volkswagen stehen alle im Rahmen der vertragsgegenständlichen Tätigkeiten entstehenden Arbeitsergebnisse, erstellte Unterlagen und Leistungen zu. Soweit der Lieferant Unterauftragnehmer einschaltet, wird er durch entsprechende vertragliche Vereinbarungen sicherstellen, dass auch die Unterauftragnehmer dies als für sich verbindlich annehmen. Weitergehende Regelungen sind in den Einkaufsbedingungen festgehalten.

## 12. Änderungen

12.1. Alle für die Funktion, Anmutung und Qualität entsprechend dem Volkswagen Standard, sowie zur Erreichung der Spezifikationen und der gemeinsamen Ziele bis zum SOP erforderliche Optimierungen und Anpassungen, sind in den Bauteilpreisen des Lieferanten berücksichtigt.

12.2. Änderungen an den Liefergegenständen, die der Lieferant zur Erreichung der vorliegend vereinbarten Spezifikationen sowie weiteren Anforderungen vornehmen muss, führen grundsätzlich nicht zur Preis- oder Terminänderungen. Soweit Volkswagen grundlegende

Performance Specifications and other specifications, the supplier shall quote said changes for Volkswagen in terms of scheduling and cost impact and negotiate and agree on them with Volkswagen.

In this case, the supplier shall contact the responsible Volkswagen Procurement and Project Sourcing Team immediately. Any effects on costs and/or scheduling not reported in writing within two (2) weeks and four (4) weeks after the final drawing version, will not be accepted by Volkswagen.

12.3 Any additional changes or contract amendments relating to such effects on cost or scheduling as provided above, to the extent necessary, will be mutually negotiated and agreed upon in writing between Volkswagen and the Supplier.

### 13. No Introduction into series production

13.1. If the supplier does not meet the prerequisites for the introduction into series production of the delivery items or due to other reasons for which the supplier is responsible, the supplier is not awarded series delivery thereof, the supplier shall not have any valid claims against Volkswagen or any of its affiliates. Volkswagen shall be entitled to take over tools and design documents and supplier shall transfer such tools and design documents in the manner and timing as determined by Volkswagen, at supplier's cost, provided said tools and documents are not already the property of Volkswagen. If said tools and documents are the property of Volkswagen, said tools and documents shall be returned as directed by Volkswagen at supplier's cost.

13.2. If the supplier is not included in series delivery due to reasons beyond the supplier's reasonable control, Volkswagen hereby agrees to cover a proportionate amount, as determined by Volkswagen in its reasonable discretion, of the reasonable project-specific development costs which the supplier incurred and documented through the relevant decision date. Supplier shall provide Volkswagen with the documentation evidencing the project specific development costs.

Furthermore, Volkswagen shall be entitled, in this case, to

Konzeptänderungen wünscht, welche eine Erweiterung der vereinbarten Lastenhefte und Spezifikationen darstellen, sind diese vom Lieferanten bezüglich Termin und Kostenauswirkungen Volkswagen anzubieten, mit Volkswagen zu verhandeln und zu vereinbaren.
In einem derartigen Fall wird sich der Lieferant unverzüglich mit dem zuständigen Volkswagen Beschaffungs- und Project Sourcing Team in Verbindung setzen. Sämtliche Auswirkungen (bezüglich Kosten und/oder Termine), die nicht innerhalb von zwei (2), spätestens jedoch in vier (4) Wochen nach endgültigem Zeichnungsstand schriftlich angemeldet wurden, werden von Volkswagen nicht akzeptiert.

12.3. Soweit sonstige Änderungen oder Vertragsergänzungen, die Auswirkungen auf die obigen Kosten oder Termine haben, zwischen Volkswagen und dem Lieferanten erforderlich werden, können diese einvernehmlich verhandelt und vereinbart werden.

### 13. Kein Serieneinsatz

13.1. Wird der Lieferant nicht mit der Serienlieferung beauftragt, weil er die Voraussetzungen für den Serieneinsatz der Liefergegenstände nicht erfüllt oder aus anderen Gründen, für die der Lieferant verantwortlich ist, hat der Lieferant keine berechtigten Ansprüche gegenüber Volkswagen oder einem seiner verbundenen Unternehmen. Ferner ist Volkswagen in diesem Falle berechtigt, die Werkzeuge und Entwicklungsunterlagen zu übernehmen und der Lieferant muss diese Werkzeuge und Entwicklungsunterlagen in der Art und Weise und zu dem von Volkswagen bestimmten Zeitpunkt auf seine Kosten übergeben, sofern die genannten Werkzeuge und Unterlagen nicht bereits Eigentum von Volkswagen sind. Wenn die genannten Werkzeuge und Unterlagen Eigentum von Volkswagen sind, müssen die genannten Werkzeuge und Unterlagen wie von Volkswagen angewiesen auf Kosten des Lieferanten zurückgegeben werden.

13.2. Wenn der Lieferant aus Gründen, auf die der Lieferant keinen Einfluss hat, nicht in die Serienlieferung eingeschlossen ist, stimmt Volkswagen hiermit zu, einen prozentualen Betrag für die angemessenen projektspezifische Entwicklungskosten abzudecken, der nach vernünftigem Ermessen von Volkswagen festgelegt wird und die der Lieferant bis zum relevanten Datum der Entscheidung aufgewandt und dokumentiert hat. Der Lieferant muss die Dokumentation, welche die projektspezifischen Entwicklungskosten nachweist, an Volkswagen übergeben.

Ferner ist Volkswagen in diesem Falle berechtigt, die

take over tools and design documents after paying for the documented project-specific costs incurred as described above, provided said tools and documents are not already the property of Volkswagen. If said tools and documents are already the property of Volkswagen, said tools and documents shall be returned as directed by Volkswagen at supplier's cost.

Werkzeuge und Entwicklungsunterlagen nach Begleichung der oben genannten, dokumentierten entstandenen projektspezifischen Kosten zu übernehmen, sofern die genannten Werkzeuge und Unterlagen nicht bereits Eigentum von Volkswagen sind. Wenn die genannten Werkzeuge und Unterlagen bereits Eigentum von Volkswagen sind, müssen die genannten Werkzeuge und Unterlagen, wie von Volkswagen angewiesen, auf Kosten des Lieferanten zurückgegeben werden.

### 14. Contact persons

If you have any questions, please contact the listed contact person for the appropriate department.

You will find the Logistics contact persons of the respective production plants on the B2B supplier platform (www.VWGroupSupply.com Section Logistics documents).

### 14. Ansprechpartner

Bei Fragen wenden Sie sich bitte an die aufgeführten Ansprechpartner der entsprechenden Fachbereiche.

Die Logistik-Ansprechpartner der jeweiligen Produktionswerke finden Sie auf der B2B Lieferantenplattform (www.VWGroupSupply.com Abschnitt Logistik-Dokumente).

| | Konstruktion / Design Engineering | Versuchsbau / Prototype Shop | Qualität / Quality |
|---|---|---|---|
| Dept. / Abteilung | | EVZ/L | CQ-PM |
| Name | Dresch, Thomas | Griebowski, Mario | Floyd Hughes |
| Phone / Telefon | +49-541-581-8710 | +49-5361-9-84568 | |
| Fax | | | |
| E-Mail | thomas.dresch@volkswagen-os.de | mario.griebowski@autovision-gmbh.com | floyd.hughes@vw.com |

| | Serieneinkauf / Series Procurement | Projekteinkauf / Project Procurement |
|---|---|---|
| Dept. / Abteilung | CP-MM | CP-RP1 |
| Name | Edward Steed | Patrick Nagloo |
| Phone / Telefon | | |
| Fax | | |
| E-Mail | edward.steed@vw.com | patrick.nagloo@vw.com |

### 15. Final provisions

15.1. In addition to the preceding provisions, the Volkswagen Terms and Conditions and the RFQ Documents, including the Volkswagen Group requirements regarding sustainability in its relationships with business partners (Code of Conduct for Business Partners), apply to

### 15. Schlussbestimmungen

15.1. Zusätzlich zu den vorstehenden Bestimmungen gelten die Volkswagen Geschäftsbedingungen und die Anfragedokumente für dieses Nomination Agreement, u.a. die Anforderungen des Volkswagen Konzerns zur Nachhaltigkeit in den Beziehungen zu Geschäftspartnern

this Nomination Agreement. In the event of conflict between the terms of this Nomination Agreement, including Appendices, and the Volkswagen Terms and Conditions, the Volkswagen Terms and Conditions shall control, provided, however, that supplier is obligated to accept orders as contemplated by this Nomination Agreement.

15.2. In the event of suspension of payments or of the opening of insolvency proceedings, Volkswagen shall be entitled to terminate this Nomination Agreement without previous notice without any liability to supplier.

15.3. In addition to Volkswagen's other rights of termination, Volkswagen shall have such other rights of termination as contemplated by the Volkswagen Terms and Conditions without liability to supplier.

Upon termination by Volkswagen, Volkswagen shall be entitled to take over tools and design documents in the manner and timing as determined by Volkswagen, at supplier's cost, provided said tools and documents are not already the property of Volkswagen. If said tools and documents are the property of Volkswagen, said tools and documents shall be returned as directed by Volkswagen at supplier's cost.

15.4 The appendices are an important part of this Nomination Agreement.

This agreement becomes legally binding for both parties when accepted by the supplier in the eNominationAgreement (eNA) application found in the Volkswagen Group Business Platform www.VWGroupSupply.com.

This Nomination Agreement shall be governed by the laws of the State of Tennessee and the United States of America. The provisions of the United Nations Convention on Contracts for the International Sale of Goods, and any conflict of laws provisions that would require application of another choice of law, are excluded. The arbitration and jurisdiction provisions contained within the Volkswagen Terms and Conditions shall further apply. The other provisions including, but not limited to, the limitations on supplier's ability to assign any rights or obligations under this Nomination Agreement, contained within the Volkswagen Terms and Conditions shall also apply.

(Code of Conduct für Geschäftspartner). Wenn es einen Konflikt zwischen den in diesem Nomination Agreement enthaltenen Bestimmungen, einschließlich der Anhänge und Anlagen und den Volkswagen Geschäftsbedingungen gibt, gelten die Volkswagen Geschäftsbedingungen, jedoch unter der Voraussetzung, dass der Lieferant verpflichtet ist, Aufträge, wie in diesem Nomination Agreement vorgesehen, anzunehmen.

15.2. Im Falle einer Zahlungseinstellung oder bei Eröffnung eines Insolvenzverfahrens ist Volkswagen berechtigt, dieses Nomination Agreement ohne jegliche Haftung gegenüber dem Lieferanten fristlos zu kündigen.

15.3 Zusätzlich zu sonstigen Kündigungsrechten hat Volkswagen weitere Kündigungsrechte, wie von den Volkswagen Geschäftsbedingungen vorgesehen, ohne Haftung gegenüber dem Lieferanten.

Nach Kündigung durch Volkswagen ist Volkswagen berechtigt, Werkzeuge und Entwicklungsunterlagen in der Art und Weise und zu dem Zeitpunkt zu übernehmen, wie sie von Volkswagen bestimmt werden, sofern die genannten Werkzeuge und Unterlagen nicht bereits Eigentum von Volkswagen sind. Wenn die genannten Werkzeuge und Unterlagen Eigentum von Volkswagen sind, müssen die genannten Werkzeuge und Unterlagen wie von Volkswagen angewiesen auf Kosten des Lieferanten zurückgegeben werden.

15.4 Die Anhänge und Anlagen sind ein wichtiger Teil dieses Nomination Agreements.

Mit Annahme des Lieferanten in der Applikation eNominationAgreement (eNA) in der VW Group Business Platform www.VWGroupSupply.com tritt der Vertrag für beide Parteien rechtsverbindlich in Kraft.

Dieses Nomination Agreement unterliegt den Gesetzen des US-Bundesstaates Tennessee und den Vereinigten Staaten von Amerika. Die Bestimmungen des Übereinkommens der Vereinten Nationen über Verträge über den internationalen Warenkauf und Bestimmungen zu Gesetzeskonflikten, die eine Anwendung anderen Rechts erfordern, sind ausgeschlossen. Des Weiteren gelten die in den Geschäftsbedingungen von Volkswagen enthaltenen Bestimmungen zur Schiedsgerichts- und Gerichtsbarkeit. Weiterhin gelten die übrigen Bestimmungen, die die Möglichkeiten des Lieferanten, Rechte bzw. Pflichten aus diesem Nomination Agreement (enthalten in den Volkswagen Geschäftsbedingungen) zu übertragen einschränken, ohne darauf beschränkt zu sein.

Chattanooga, Date / den 07.10.2015

Volkswagen Group of America, Chattanooga Operations LLC.

p.p. / i.V.                                           p.p. / i.V.
Martin Ross (CP-F)                                   Maria Gianelli (CP-MM)


List of Appendices:                                  Anlagenverzeichnis:

- Appendix 1 Part Details                              - Anlage 1 Teiledetails

- Premisehut2                                          - Premisehut2

| Forward Sourcing Process No. / Designation | F US M 15 284 | VW416 NAR Grab Bracket | Dated | 07.10.2015 |

**Part overview**

| No. | Part number / Part designation | Drawing date / version | Specification Sheet date / version | Quotation date | Negotiation fax / Technical specification |
|-----|-------------------------------|------------------------|-----------------------------------|----------------|-------------------------------------------|
| 01 | 3CN 858 687 Grab Bracket | 10.02.2014 | | 04.09.2015 | |

| Forward Sourcing Process No. / Designation | F US M 15 284 | VW416 NAR Grab Bracket | Dated | 07.10.2015 |
|---|---|---|---|---|

| Part | |
|---|---|
| Part number | 3CN 858 687 |
| Part designation | Grab Bracket |
| Project(s) | VW416/0NA_K |

| Deadlines | |
|---|---|
| **Initial sample** | |
| VFF | 21.12.2015 |
| TBT for PVS | 01.02.2016 |
| Pilot series | 25.04.2016 |
| Zero series | 25.07.2016 |
| Earliest SOP | 31.10.2016 |

| Reference value | |
|---|---|
| Offer currency | USD |
| Price unit | 1 |
| Quantity unit | Stck. |

**Delivery volume and prices**

| Start date/Ratio | 31.10.2016 / 80% | | | | |
|---|---|---|---|---|---|
| Plant | Production location | Delivery location | A-Price | Logistics costs | Logistics concept |
| 62 CHATTANOOGA TENNESSEE | Dickson, US | Dickson, US | 1,7695 | | VLB |

**Netto price reductions from 01.01. the year's**

| 2017 | 2018 | 2019 |
|---|---|---|
| 3,00% | 3,00% | 3,00% |

| Prototypes | | | |
|---|---|---|---|
| | BS1 | BS2 | BS3 |
| First delivery | | 06.07.2015 | 21.12.2015 |
| Quantity | | 450 | 225 |
| Part price | | 145,7500 | 0,0000 |
| PT tool costs | | 0 | 0 |
| Tool production time in weeks | | 0 | 0 |

| Tool itemization | | | |
|---|---|---|---|
| Tool costs | 300.000 | Number of tools | 1 |
| Tool design | 4 | | |
| Tool production time without optimization in weeks | 27 | Capacities per tool and day | 440 Stck. |
| | | Capacity of the upstream and downstream processes | 440 Stck. |

| Capacity to be commissioned | |
|---|---|
| Capacity to be invested per week | 7.163 Stck. |

| Forward Sourcing VorgangsNr. / Benennung | F US M 15 284 | VW416 NAR Grab Bracket | vom | Oct 7, 2015 |

**Teileübersicht**

| Nr. | Teilenummer /<br>Teilebenennung | Zeichnungsdatum /<br>Version | Lastenheftdatum /<br>Version | Angebotsdatum | Verhandlungsfax /<br>Techn. Spezifikation |
|---|---|---|---|---|---|
| 01 | 3CN 858 687<br>Grab Bracket | Feb 10, 2014 | | Sep 4, 2015 | |

| Forward Sourcing VorgangsNr. / Benennung | F US M 15 284 | VW416 NAR Grab Bracket | vom | Oct 7, 2015 |
|---|---|---|---|---|

## Teil

| | |
|---|---|
| **Tellenummer** | 3CN 858 687 |
| **Teilebenennung** | Grab Bracket |
| **Projekt(e)** | VW416/0NA_K |

## Termine

| | |
|---|---|
| **Erstmuster** | |
| **VFF** | Dec 21, 2015 |
| **TBT für PVS** | Feb 1, 2016 |
| **PVS** | Apr 25, 2016 |
| **Nullserie** | Jul 25, 2016 |
| **Frühester SOP** | Oct 31, 2016 |

## Bezugsgrößen

| | |
|---|---|
| **Angebotswährung** | USD |
| **Preiseinheit** | 1 |
| **Mengeneinheit** | Stck. |

## Liefervolumen und Preise

| Einsatzdatum/Quote | Oct 31, 2016 / 80% | | | | | |
|---|---|---|---|---|---|---|
| **Werk** | **Produktionsstandort** | **Auslieferungsstandort** | **A-Preis** | **Logistikkosten** | **Logistikkonzept** |
| 62  CHATTANOOGA TENNESSEE | Dickson, US | Dickson, US | 1.7695 | | VLB |

## Netto Preisreduzierungen ab 01.01. des Jahres

| 2017 | 2018 | 2019 |
|---|---|---|
| 3.00% | 3.00% | 3.00% |

## Prototypen

| | BS1 | BS2 | BS3 |
|---|---|---|---|
| **Erstanllieferung** | | Jul 6, 2015 | Dec 21, 2015 |
| **Stückzahl** | | 450 | 225 |
| **Teilepreis** | | 145.7500 | 0.0000 |
| **PT-Werkzeugkosten** | | 0 | 0 |
| **Werkzeugerstellzeit in Wochen** | | 0 | 0 |

## Werkzeugaufschlüsselung

| | | | |
|---|---|---|---|
| **Invest/Werkzeugkosten** | 300,000 | **Invest trägt** | Volkswagen Group of America Inc. Chattanooga Operations LLC |
| **Werkzeuganzahl** | 1 | **Werkzeugauslegung** | 4 |
| **Werkzeugerstellzeit ohne Optimierung in Wochen** | 27 | **Kapazitäten pro Werkzeug und Tag** | 440 Stck. |
| | | **Kapazitäten vor- und nachgelagerter Prozesse** | 440 Stck. |

| Beauftragte Kapazität | |
| --- | --- |
| zu investierende Kapazität pro Woche | 7,163 Stck. |

## Premises sheet and checklist for queries: July 10, 2015

• All documentation received with the ESL query shall be accepted by the supplier, and the version valid at the time at which the tender is submitted shall form the basis for the tender.

• Specifications catalogues relating to the ESL query including VW standard 99000 shall be acknowledged and accepted.

• The tenders shall comply with the drafts and data saved on the ESL.

• The degree of design responsibility (KVV) has been accepted in accordance with the specifications on the ESL and the original has been submitted.

• The capacity-planning form (Kapa form) has been completed in full (including ±15% flexibility) and the original has been submitted.

• The quoted material price basis according to your last CBD per metric ton shall be fixed until the end of the calendar year following SOP, regardless of the actual purchase price in the SOP year or the calendar year following SOP. If the prices rise or fall significantly in subsequent years in comparison to the SOP year, steel negotiations shall be held with Volkswagen. The change in material price between the real purchase price in the SOP year and the real purchase price in the year to be negotiated shall be the subject of these negotiations. If more than one metal type please attached price sheet with each metal per metric ton price.

• The Supplier confirms, that he is in the position and ready to buy the Steel by his own responsibility. VWM reserves the right to include the steel in a pooling program.

• The Long Term Conditions (LTC) will apply to 100% of the price, starting on January of the following year to the SOP.

• The Tooling Payment terms is 100% against Note 1.

• A comprehensive method plan for the tools is to be kept and presented upon request.

• Our planning department is responsible for such check point (CP) 5 items. Coordination meetings must therefore be scheduled and prepared for.

• Logistics costs (container fees and transport costs) have been determined in accordance with the specifications catalogues for each component and are at our disposal.

• Volkswagen reserves the right to have logistics (free to plant) carried out by the supplier.

• Deadlines may vary depending on the ESL query and must be observed as follows:

Dates:

| | | |
|---|---|---|
| Parts provision deadline for VFF | from week | 03/11/2016 |
| Parts provision deadline for PVS | from week | 05/20/2016 (Note 3) |
| Parts provision deadline for O-S | from week | 00/19/2016 (Note 1) |

**Sample parts** for PVS and O-S are to be prepared **2 weeks prior to** the parts provision deadline for the relevant milestone.

• The deadlines shall be **accepted and met on the ESL** upon submission of a complete tender. Any start-up costs and/or acceleration costs are to be included in the parts price and/or the investment costs and, if applicable, they are to be shown separately.

• The delivery of all pre-series parts by the milestones beginning with the parts provision deadline for VFF shall be made **at the production price**.

• Structural investments which have been included in the parts price are to be **shown as a one-off amount per part** with a description of the type and form of inclusion.

• The price breakdown (PBD) provided is to be completed **in full**.

• The type and amount of costs for testing equipment are to be shown separately in the PBD. Once the supplier has defined the tool-making, VW shall receive a last call for this cost component in the tool costs.

• The supplier confirms that it is able and prepared to provide itself autonomously with the necessary raw materials. Volkswagen reserves the right to assume responsibility for the steel supply by means of provision sale (steel pooling).

• Volkswagen has been presented with the organisational chart of the project team which, if awarded the contract, shall accompany the scope of parts to production.

• An original summary of the tender with all important information such as A price, B price, investment, LTC, production price in pre-series, without side letters or references to old tenders, is to be submitted.

**K-BM** Group Procurement Metal

Date: May, 2014

Case 3:21-cv-00386     Document 1-1     Filed 05/13/21     Page 36 of 40 PageID #: 43

**From:** Hughes, Floyd (CQ-PM) <floyd.hughes@vw.com>
**Sent:** November 30, 2020 10:26 AM
**To:** Andy Bush <A_Bush@metrican.com>; Bob Bowen <B_Bowen@metrican.com>
**Subject:** FW: SKD Status

fyi

*Floyd Hughes*

Tech. Asst. Mgr.

VW Supplier Quality

423-202-5278

**From:** Cardoso, Jose (CQ-PM) <Jose.Cardoso@vw.com>
**Sent:** Monday, November 30, 2020 9:52 AM
**To:** Retzlaff, Eric (CQ-P) <eric.retzlaff@vw.com>; Hughes, Floyd (CQ-PM) <floyd.hughes@vw.com>
**Subject:** FW: SKD Status
Here are the SKD signed by R&D

**From:** Goss, Matthew (EPC-EKA) <Matthew.Goss@vw.com>
**Sent:** Monday, November 30, 2020 9:47 AM
**To:** Mauser, Oliver (EPC-EKA) <Oliver.Mauser@vw.com>
**Cc:** Cardoso, Jose (CQ-PM) <Jose.Cardoso@vw.com>
**Subject:** RE: SKD Status
Good morning Oliver and Jose,
I have reviewed and signed the SKD. I have also attached a previous SKD from February that indicates that while a chamfer was not specifically required by the technical specifications shown in the drawing, Metrican knew that it was the intent everywhere possible on the part.

1

**EXHIBIT**

**2**

It is good to finally spell it out clearly in this new SKD but I hope they are not trying to claim they didn't know about the desire for a chamfer until recently when their picture of marked chamfer area has been in an official document since February.

Thanks,

**Matthew Goss**
Technical Development, Interior Trim
Volkswagen Group of America, Inc.
NA Engineering & Planning Center
7000 Discovery Dr.
Chattanooga, TN 37416
United States of America
T. +1 423 485 4010
M. +1 423 598 3475
www.vw.com

**From:** Mauser, Oliver (EPC-EKA) <Oliver.Mauser@vw.com>
**Sent:** Monday, November 30, 2020 9:31 AM
**To:** Goss, Matthew (EPC-EKA) <Matthew.Goss@vw.com>
**Cc:** Cardoso, Jose (CQ-PM) <Jose.Cardoso@vw.com>
**Subject:** FW: SKD Status

Hello Matt,

Can you please look into the requested tolerance change for the grab handle bracket.

Thanks,

Best Regards / Mit freundlichen Grüßen

**Oliver Mauser**
Manager, Interior Trim Development
Volkswagen Group of America, Inc.
NA Engineering & Planning Center
7000 Discovery Drive
Chattanooga, TN 37416
United States of America
T. +1 423 485 4016
M. +1 423 242 5754
www.vw.com

**From:** Gadd, Christopher (EPC-EKK) <Chris.Gadd2@vw.com>
**Sent:** Monday, November 30, 2020 8:30 AM
**To:** Cardoso, Jose (CQ-PM) <Jose.Cardoso@vw.com>
**Cc:** Retzlaff, Eric (CQ-P) <eric.retzlaff@vw.com>; Shooster, Raymond (CQ-PM) <Raymond.Shooster@vw.com>; Hughes, Floyd (CQ-PM) <floyd.hughes@vw.com>; Mauser, Oliver (EPC-EKA) <Oliver.Mauser@vw.com>
**Subject:** RE: SKD Status

Hi Jose,

That part belongs to interior so Oliver Mauser can support from R&D.

Kind Regards,

Chris

**From:** Cardoso, Jose (CQ-PM) <Jose.Cardoso@vw.com>
**Sent:** Friday, November 27, 2020 9:49 PM
**To:** Gadd, Christopher (EPC-EKK) <Chris.Gadd2@vw.com>
**Cc:** Retzlaff, Eric (CQ-P) <eric.retzlaff@vw.com>; Shooster, Raymond (CQ-PM) <Raymond.Shooster@vw.com>; Hughes, Floyd (CQ-PM) <floyd.hughes@vw.com>
**Subject:** FW: SKD Status

Hey Chris.

Do you know who can check this SKD in R&D? It is the first time I heard about it.

Jose Cardoso
Manager Supplier Quality Metal, CQ-PM
Quality Assurance Purchased Parts
Volkswagen Group of America

2

Chattanooga Operations, LLC
8001 Volkswagen Drive
Chattanooga, TN 37416 USA
Mobile: +1-423-635-5204
Email: jose.cardoso@vw.com

**From:** Andy Bush <A_Bush@metrican.com>
**Sent:** Friday, November 27, 2020 11:17 AM
**To:** Retzlaff, Eric (CQ-P) <eric.retzlaff@vw.com>
**Cc:** Brad Duke <B_Duke@metrican.com>; Bob Bowen <B_Bowen@metrican.com>; Shooster, Raymond (CQ-PM) <Raymond.Shooster@vw.com>; Hughes, Floyd (CQ-PM) <floyd.hughes@vw.com>; Harper, Anna (NAR/B-MPM) <AnnaLee.Harper@vw.com>; Cardoso, Jose (CQ-PM) <Jose.Cardoso@vw.com>; Herndon, Megan (NAR/B-MPM) <megan.herndon@vw.com>; John Kaufman <J_Kaufman@metrican.com>
**Subject:** [From: External] RE: SKD Status

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

God Morning Eric,
The attached SKD was submitted to VW in early October, to date there has been no approval provided. MetriCan is currently producing and shipping product outside of the drawing requirement, which exposes MetriCan to potential risks. As you are aware, the chamfer was purposely increased to reduce the impact of the airbag ripping over the metals edge upon deployment. MetriCan will require VW to provide the required deviation approval by December 4th, 2020. Should the approval not be provided by this date, MetriCan will proceed with modifying the tool, in order to meet the current drawing requirement of the chamfer (0mm to -0.20mm). Based on the previous conducted investigation and testing, we know that the current defined drawing specification will not support the functionality of the airbag without failure.
Regards



**Andy Bush**
**Corporate Quality Manager**
Metrican Group of Companies
1380 Artisans Court
Burlington, Ontario L7L 5Y2
P: (905)332-3200 x3244
M: (905) 691-2777

www.metrican.com

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Shooster, Raymond (CQ-PM) <Raymond.Shooster@vw.com>
**Sent:** November 25, 2020 10:57 AM
**To:** Bob Bowen <B_Bowen@metrican.com>
**Cc:** Brad Duke <B_Duke@metrican.com>; Andy Bush <A_Bush@metrican.com>; Hughes, Floyd (CQ-PM) <floyd.hughes@vw.com>
**Subject:** FW: SKD Status
Floyd should be the one tracking this one.

**From:** Bob Bowen <B_Bowen@metrican.com>
**Sent:** Wednesday, November 25, 2020 10:35 AM
**To:** Shooster, Raymond (CQ-PM) <Raymond.Shooster@vw.com>; Andy Bush <A_Bush@metrican.com>
**Cc:** Brad Duke <B_Duke@metrican.com>
**Subject:** [From: External] SKD Status

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning Ray, Can you give me an update on the SKD submitted for the Grab Handle Chamfer?
Thanks
Bob Bowen



www.metrican.com

**Bob Bowen**
**Plant Manager**
Metrican Stamping, LLC
101 Warren G. Medley Drive
Dickson, TN 37055
P: (615) 446-1018 x5247
M: (615) 708-1800

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.