# Exhibit 3

 

# Tennessee Limited Liability Company Annual Report Form



AR Filing #: 07660671
FILED: Mar 29, 2021 5:26PM

File online at: https://TNBear.TN.gov/

Due on/Before: 04/01/2021    Reporting Year: 2020

**Annual Report Filing Fee Due:**
$300 minimum plus $50 for each member over 6 to a maximum of $3000
$20 additional if changes are made in block 3 to the registered agent/office

This Annual Report has been successfully paid for and filed. Please keep this report for your records.

**Payment-Credit Card - State Payment Center - CC #: 3802727256**

**SOS Control Number:** 558201
Limited Liability Company - Foreign    Date Formed: 09/01/2004    Formation Locale: DELAWARE

| (1) Name and Mailing Address: | (2) Principal Office Address: |
|---|---|
| METRICAN STAMPING LLC<br>101 WARREN G MEDLAY DR<br>DICKSON, TN 37055-7731 | 101 WARREN G MEDLAY DR<br>DICKSON, TN 37055-7731 |

**(3) Registered Agent (RA) and Registered Office (RO) Address:**
CORPORATION SERVICE COMPANY
2908 POSTON AVE
NASHVILLE, TN 37203-1312

Agent Changed: No
Agent County: DAVIDSON COUNTY

(4) This LLC is (as currently registered in Tennessee): ____Director Managed, _X_ Manager Managed, ____Member Managed, ____Board Managed, ____Other.

If board, director, or manager managed, provide the names and business addresses, including zip codes, of the governors, directors, or managers (or their equivalent). If governed by the pre-2006 LLC act and board managed, list board members and managers.

| Name | Business Address | City, State, Zip |
|---|---|---|
| FRANCESCO BOSCO | 1380 ARTISAN COURT | BURLINGTON, ON, L7L5Y2 |
| REMO A. GIGLIOTI | 1380 ARTISAN COURT | BURLINGTON, ON, L7L5Y2 |
| | | |
| | | |

(5) Provide the names and business addresses, including zip codes, of any LLC Officers (if governed by the Revised LLC Act), or their equivalent.

| Name | Business Address | City, State, Zip |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

(6) Number of members on the date the annual report is executed: _1_
____This LLC is prohibited from doing business in Tennessee (check if applicable)

(7) Signature: Electronic    (8) Date: 03/29/2021
(9) Type/Print Name: Patrica Hargrove    (10) Title: Authorized Person

SS-4253    Page 1 of 1    RDA 1678